No. 1094, Misc. CONWAY v. WILSON, WARDEN. C. A. 9th Cir. Certiorari and other relief denied.

The following petitions for writs of certiorari are denied. MR. JUSTICE DOUGLAS would grant the petitions for writs of certiorari and reverse the judgments of the courts below for the reasons stated in the dissenting opinion of MR. JUSTICE BRENNAN in *Spencer* v. *Texas*, 385 U. S. 554, 587: